# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ADERSON RIVERA,**

**Plaintiff,**

-vs-                                                   **Case No.  6:05-cv-806-Orl-28KRS**

**MICHELLE 'M CLEANERS, INC., JUAN
ARRIOLA, ANGELA ARRIOLA,**

**Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed

herein:

> **MOTION:**  **DEFENDANT'S AMENDED MOTION TO SET ASIDE
> CLERKS DEFAULT (Doc. No. 13)**
>
> **FILED:**     **August 26, 2005**
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

A motion to set aside a default entry may be granted for good cause shown. 10A CHARLES

ALAN WRIGHT, ARTHUR R. MILLER & MARY KAY KANE, FEDERAL PRACTICE AND PROCEDURE: CIVIL

§ 2692 (3d ed. 1998).  The defendants, Michelle 'M Cleaners, Inc., Juan Arriola and Angela Arriola,

have demonstrated good cause to set aside the entry of clerk's default in this matter. *See* Doc. No. 13.

In addition, Plaintiff Aderson Rivera does not oppose the relief requested. *Id*. at 2.  The defendants

shall file a responsive pleading or pleadings to Rivera's Complaint (doc. no. 1) within ten (10) days

of the date of this Order.

        **DONE** and **ORDERED** in Orlando, Florida on August 30, 2005.


*Karla R. Spaulding*
        KARLA R. SPAULDING
   UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties