UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ADERSON RIVERA,

          Plaintiff,

-vs-                                      Case No. 6:05-cv-806-Orl-28KRS

MICHELLE 'M CLEANERS, INC., JUAN
ARRIOLA, ANGELA ARRIOLA,

          Defendants.

## ORDER

This case is before the Court on Motion for Entry of Default Judgment (Doc. No. 29) filed April 7, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed June 26, 2006 (Doc. No. 30) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Default Judgment is hereby entered against all Defendants on Plaintiff's claims for violation of the minimum wage and overtime provisions of the Fair Labor Standards Act ("FLSA").

3,   The Defendants, Michelle 'M Cleaners, Inc., Juan Arriola and Angela Arriola, are ordered, jointly and severally, to pay Plaintiff damages in the amount of $34,153.90, attorney's fees in the amount of $3,325.00 and costs in the amount of $325.00.

4.   The Clerk of the Court is directed to issue a judgment consistent with this Order and thereafter to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __27__ day of July, 2006.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party